IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BRANDON BLAKE STEWART, | : |
| Plaintiff, | : |
| v. | : |
| | : No. 3:12-CV-109 (CAR) |
| CAPTAIN BURKE and DEPUTY LECOE, | : |
| Defendants. | : |

## ORDER ON THE RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 25] to grant Defendants' Captain Burke and Deputy Lecoe's Motion to Dismiss [Doc. 18] for failure to exhaust administrative remedies. Plaintiff has not filed an Objection to the Recommendation, and the time in which to do so has passed. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 25] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant's Motion to Dismiss [Doc. 18] is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

**SO ORDERED,** this 5th day of September, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH